IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM G. MITCHELL, )<br>AIS #254703, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>LOUIS BOYD, et al., )<br> )<br>    Defendants. ) | CIVIL ACTION NO. 2:08-CV-495-TMH<br>[WO] |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This case is pending before the court on 42 U.S.C. § 1983 complaint and amendment thereto filed by William G. Mitchell ["Mitchell"], a state inmate. In these pleadings, Mitchell challenges the time he is allowed to utilize the law library at the Easterling Correctional Facility. He also complains of threats lodged against him by the law library supervisor. On August 21, 2008, the defendants filed an answer, special report and amended special report addressing the claims raised in the complaint, as amended. On August 28, 2008, Mitchell filed a motion to dismiss in which he concedes the defendants have provided him all the relief sought in this cause of action. *Plaintiff's Motion to Dismiss - Court Doc. No. 19* at 1.

In light of the status of this case, the court finds that this pleading is properly before the court as a motion for voluntary dismissal under Rule 41(a)(2), *Federal Rules of Civil Procedure*. Upon consideration of the motion to dismiss, the court concludes that this

motion is due to be granted.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. The motion to dismiss filed by the plaintiff on August 28, 2008 be GRANTED.

2. This case be dismissed with prejudice.

3. No costs be taxed herein.

It is further

ORDERED that on or before September 12, 2008 the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981,

*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 29th day of August, 2008.

                                /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE