IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM G. MITCHELL,        )
                             )
     Plaintiff,            )
                             )
     v.                   )       CASE NO. 2:08-CV-495-TMH
                             )
LOUIS BOYD, *et al.*,        )
                             )
     Defendants.       )

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #20) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #20) of the Magistrate Judge is ADOPTED, and that this action under 42 U.S.C. § 1983 is DISMISSED with prejudice, pursuant to Plaintiff's voluntary motion to dismiss.

An appropriate judgment will be entered.

Done this 29th day of September, 2008.

**/s/ Truman M. Hobbs**
UNITED STATES DISTRICT JUDGE